In the Matter of the Application of ROSWELL P. FLOWER, Appellant, for an order directing FREDERICK W. BLECKWENN, as Treasurer, etc., to Cancel Certain Water-rates.

THIS case presented the same question and was argued and decided with *In re Trustees of Union College* (*ante*, page 308).

---

GEORGE F. COMSTOCK, *v.* THE CITY OF SYRACUSE.

THIS case was argued and decided with *Sweet* v. *City of Syracuse* (*ante*, page 316).